E-FILED
Thursday, 30 June, 2016 11:21:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SCANNED at PCC and E-Mailed
6/30/16 (date) by BS (initials)
49 (# of pages)

MICHAEL JOHNSON #R63104
PLAINTIFF,

VS. CASE NO.

SUSAN PRENTICE, ANDREA MOSS, KELLY HAAG, LINDA DUCKWORTH, DR. MORANO, SCOTT MCCORMICK, R. OJELADE, STEPHEN LANTERMAN, ANDREW TILDEN, C/O DEVRIES, C/O MYERS, C/O HENKEL, SGT. GASPER, LT. BOLANO, MAJOR HADSALL, MS KELLY, TERRI KENNEDY, MICHAEL MELVIN, WEXFORD HEALTH CARE PROVIDERS, SUED IN THEIR INDIVIDUAL & OFFICIAL CAPACITIES
DEFENDANTS,

VERIFIED COMPLAINT FOR DAMAGES WITH JURY TRIAL DEMAND

I. INTRODUCTION

1. THIS IS A SECTION 1983 ACTION FILED BY PLAINTIFF MICHAEL JOHNSON, A SERIOUSLY MENTALLY ILL STATE PRISONER, ALLEGING VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT, PERTAINING TO MULTIPLE ISSUES THAT MAKE UP A CONDITIONS OF CONFINEMENT SUIT WITH EMPHASIS

ON EXCESSIVE CONFINEMENT WITH NO OUTDOOR EXERCISE & A DENIAL OF MEDICAL & MENTAL HEALTH CARE, & SEEKING MONEY DAMAGES & DECLARATORY RELIEF WITH A JURY DEMAND.

## II. JURISDICTION

2. THIS IS A CIVIL ACTION AUTHORIZED BY U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATIONS, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 & 1343 (a) (3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 & 2202.

## III. PARTIES

3. THE PLAINTIFF, MICHAEL JOHNSON #R63104, WAS INCARCERATED AT PONTIAC CORRECTIONAL CENTER DURING THE EVENTS DESCRIBED IN THIS COMPLAINT. HIS CURRENT ADDRESS IS PONTIAC CORRECTIONAL CENTER ("PONTIAC"), P.O. BOX 99, PONTIAC, IL 61764.

4. DEFENDANT SUSAN PRENTICE IS A MAJOR AT PONTIAC. SHE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

5. Defendant Andrea Moss is a Licensed Counselor & Social Worker with the Designated Duty of a Mental Health Professional at Pontiac under Contract of Wexford Healthcare Providers. She is Employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

6. Defendant Kelly Haag is a Licensed Counselor & Social Worker with the Designated Duty of a Mental Health Professional at Pontiac under Contract of Wexford Healthcare Providers. She is Employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

7. Defendant Linda Duckworth is a Licensed Counselor & Social Worker with the Designated Duty of a Mental Health Professional at Pontiac under Contract of Wexford Healthcare Providers. She is Employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

8. Defendant Doctor Morano is a Psychiatrist & the Mental Health Director of Pontiac under Contract of Wexford Healthcare Providers. She is Employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

9. Defendant Doctor Scott McCormick is a Psychiatrist at Pontiac under Contract of

WEXFORD HEALTHCARE PROVIDERS. HE IS EMPLOYED AT PONTIAC CORR. CTR., P. O. BOX 99, PONTIAC, IL 61764.

10. DEFENDANT DOCTOR R. OJELADE IS A MEDICAL DOCTOR AT PONTIAC UNDER CONTRACT OF WEXFORD HEALTHCARE PROVIDERS. HE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

11. DEFENDANT STEPHEN **LANTERMAN** IS A LICENSED COUNSELOR & SOCIAL WORKER WITH DESIGNATED DUTY OF A MENTAL HEALTH PROFESSIONAL AT PONTIAC UNDER CONTRACT OF WEXFORD HEALTHCARE PROVIDERS. HE IS EMPLOYED AT PONTIAC CORR. CTR. P.O. BOX 99, PONTIAC, IL 61764.

12. DEFENDANT DOCTOR ANDREW TILDEN IS A MEDICAL DOCTOR & THE MEDICAL DIRECTOR AT PONTIAC UNDER CONTRACT OF WEXFORD HEALTHCARE PROVIDERS. HE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

13. DEFENDANT DEVRIES IS A CORRECTIONAL OFFICER AT PONTIAC. HE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

14. DEFENDANT HENKEL IS A CORRECTIONAL OFFICER AT

Pontiac. He is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

15. Defendant Myers is a Correctional Officer at Pontiac. He is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

16. Defendant Gasper is a Sergeant at Pontiac. [illegible] He is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

17. Defendant Boland is a Lieutenant at Pontiac. He is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

18. Defendant Hadsall is a Major at Pontiac. He is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

19. Defendant Ms Kelly is Warden Number Three, the Warden of Operations, at Pontiac. She is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac, Il 61764.

20. Defendant Terri Kennedy is Warden Number Two, the Assistant Warden, at Pontiac. She is employed at Pontiac Corr. Ctr., P.O. Box 99, Pontiac,

Il 61764.

21. DEFENDANT MICHAEL MELVIN IS A WARDEN NUMBER ONE, THE OVERSEER OF ALL OPERATIONS, AT PONTIAC. HE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

22. DEFENDANT WEXFORD HEALTHCARE PROVIDERS IS A PRIVATE ILLINOIS CORPORATION WHICH HAS BEEN, AT ALL RELEVANT TIMES, UNDER CONTRACT WITH THE ILLINOIS DEPT. OF CORRECTIONS TO PROVIDE MEDICAL CARE & SERVICES TO INMATES CONFINED WITHIN THE I.D.O.C., INCLUDING MICHAEL JOHNSON.

23. DEFENDANT KELLY IN PARAGRAPH # 19 MAYBE THE WARDEN OF PROGRAMS & DEFENDANT TERRI KENNEDY IN PARAGRAPH # 20 MAY BE THE WARDEN OF OPERATIONS.

24. ALL ABOVE DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THE FACTS PRESENTED IN THIS COMPLAINT.

IV. LITIGATION HISTORY

25. PLAINTIFF FILED APPROXIMATELY FIVE LAWSUITS

IN THE PAST WHILE HE WAS INCARCERATED. THEY WERE ALL DEALING WITH 8th AMENDMENT VIOLATIONS IF THE PLAINTIFF REMEMBERS CORRECTLY. ONE WAS LOST AT TRIAL & THE OTHERS WERE DISMISSED SOME BY THE COURT & SOME BY THE PLAINTIFF HIMSELF.

V. EXHAUSTION OF REMEDIES

26. PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES.

VI. FACTUAL STATEMENT

27. THE PLAINTIFF HAS BEEN IN THE NORTH CELL HOUSE OF PONTIAC CORRECTIONAL CENTER ("PONTIAC") SINCE 2014 & HAS BEEN IN YARD DENIAL THROUGHOUT THE WHOLE COURSE OF THIS TIME.

28. YARD, FOR YARD DENIAL, IS RAN ONLY ONCE A MONTH.

29. THERE IS NO MAKE UP YARD FOR YARD DENIAL.

30. THE PLAINTIFF HAS BEEN DENIED YARD FOR WELL OVER A YEAR.

31. THE PLAINTIFF HAS REQUESTED TO GO TO YARD EVERY TIME YARD WAS RAN.

32. DEFENDANTS CONTINUOUSLY REFUSES TO ALLOW THE PLAINTIFF TO GO TO YARD.

33. THE PLAINTIFF IS IN A CELL WITH A PERFORATED DOOR THAT IS COVERED WITH PLEXI-GLASS.

34. THE PLAINTIFF IS IN THIS CELL LITERALLY 24 HOURS A DAY, 7 DAYS A WEEK.

35. THE PLAINTIFF IS NOT ALLOWED TO GO OUT OF HIS CELL FOR ANYTHING EXCEPT SHOWERS ONCE A WEEK.

36. THERE ARE NO WINDOWS IN THE CELLS & THE VENTILATION SYSTEM IS NONFUNCTIONAL.

37. THE PLAINTIFF HAS BEEN & STILL IS EXPERIENCING STRESS, ANXIETY, DEPRESSION, HEADACHES & MUSCLE CRAMPS AMONGST OTHER THINGS.

38. THE PLAINTIFF IS ALSO PLAGUED WITH AN OVERWHELMING FATIGUE THAT IMMOBILIZES HIM.

39. Plaintiff, who is a seriously mentally ill inmate diagnosed with ~~bipo~~ Bipolar, has experienced hyperactivity periodically & would get into conflicts with correctional officials & they would retaliate against him for such by not allowing him to go to yard.

40. Some times the Plaintiff would be so depressed to where the depression would literally shut him down & he could not get his cell in compliance to go to yard & would be punished for it by being denied yard.

41. The Plaintiff is seriously mentally ill & suffers from anxiety attacks & is bipolar & he has addressed these things to ~~the throughout the the~~ mental health professionals all throughout the year of 2015 til present.

42. In 2015 I was being interviewed by Defendant Andrea Moss & relayed these issues to her & she relayed to the Plaintiff there was nothing she could about it refused to allow the Plaintiff to talk about it.

43. THE PLAINTIFF IS EXPERIENCING SEVERE MUSCLE SPASMS WHERE HIS BACK CONTRACTS & JERKS INVOLUNTARILY WHILE HE IS LAYING DOWN.

44. THE PLAINTIFF SUFFERS FROM HEADACHES, & MUSCLE CRAMPS ALL OVER HIS BODY AS A RESULT OF BEING SUBJECT TO EXCESSIVE CONFINEMENT WITH ALL ITS ADVERSITIES.

45. FOR PARAGRAPHS # 27 TO PARAGRAPH # 44 SEE EXHIBIT A ATTACHED.

46. IN ADDITION TO THE ABOVE, NOT ONLY HAS THE PLAINTIFF BEEN IN THE NORTH CELL HOUSE OF THE RELATIVE FACILITY SINCE 2014, BUT HE HAS ALSO BEEN IN PONTIAC SINCE 2013, IN YARD DENIAL THROUGHOUT THE COURSE OF THIS TIME, & IN A CELL TWENTY-FOUR HOURS A DAY WITH NO OUT OF CELL TIME AT ALL, EXCLUDING TEN MINUTE SHOWERS ONCE A WEEK.

47. THE VENTILATION SYSTEM IS FILLED WITH AN ACCUMULATION & BUILD UP OF GRIME & EXCESSIVE DUST PARTICLES.

48. THESE DUST PARTICLES FLOAT & FLY AROUND IN THE PLAINTIFF'S CELL & HE BREATHES

THEM IN ALL DAY, EVERY DAY.

49. THERE ARE NO WINDOWS IN THE CELLS TO ALLOW FRESH AIR TO FLOW IN.

50. THE VENTILATION SYSTEM IN ALL CELLS ARE NONFUNCTIONAL.

51. THE STAGNANT & STALE AIR IS NOT GIVEN ANY MEANS OF ESCAPE OR EXIT & THE EXCESSIVE DUST PARTICLES FILLED ENVIRONMENT PERSISTS IN A PERPETUAL CYCLE OF NONSTOP & CONTINUAL AIR CONTAMINATION.

52. IN ADDITION TO THIS, FUMES OF VARIOUS TYPES & KINDS STREAM THROUGH THIS FAULTY VENTILATION SYSTEM MAKING MATTERS WORSE.

53. THESE FUMES RANGE FROM & ALTERNATE FROM POTENT ODORS OF FECAL MATTERS & URINE TO RAW SEWAGE & UNIDENTIFIABLE ODORS.

54. MACE & PEPPER SPRAY (CHEMICAL AGENTS) ARE SPRAYED IN THE CELL HOUSE ON A DAILY BASIS & THE PLAINTIFF AS AN

INDIGENT INMATE HAS NO FAN & THE CHEMICAL AGENTS LITERALLY CHOCK & SUFFERCATE THE PLAINTIFF FOR HOURS WHEN THEY ARE ACTIVATED.

55. THE PLAINTIFF HAS NEVER SEEN THE VENTS CLEANED AT ALL!

56. THE VENTS IN SOME CELLS ARE FILLED WITH TRASH THAT'S BEEN IN THEM FOR YEARS.

57. THESE CONDITIONS ARE MAKING THE PLAINTIFF'S NOSE BLEED ALMOST EVERY DAY.

58. THE CONDITIONS ARE ALSO MAKING THE PLAINTIFF SUFFER FROM SHARP PAINS WHEN HE INHALES THROUGH HIS NOSE ON A DAILY BASIS.

59. THE CONDITIONS ALSO MAKE HIS EYES STING & WATER UP UNCONTROLLABLY DAILY.

60. THE CONDITIONS ALSO SUBJECTS THE PLAINTIFF TO EXCESSIVE MUCUS BUILD UP IN HIS RESPIRATORY SYSTEM & HIS THROAT PAINS HIM EVERY DAY.

61. THE EXCESSIVE DUST PARTICLES COVERS THE PLAINTIFF'S BODY & BREAKS HIM OUT IN SORES & MAKE HIS

Skin Burns.

62. THE ABOVE CONDITIONS ALSO CAUSES THE PLAINTIFF TO HAVE PAINFUL CHEST CONTRACTIONS & CAUSES SHARP PAINS IN HIS HEART.

63. THE ABOVE CONDITIONS ALSO CONTRIBUTE TO THE PLAINTIFF HAVING LOSS OF APPETITE FOR EXTENDED & LENGTHY PERIODS OF TIME.

64. FOR PARAGRAPHS #46 TO #63 SEE EXHIBIT B ATTACHED.

65. IN ADDITION TO THE ABOVE, IN THE NORTH CELL HOUSE, WHERE THE PLAINTIFF HAS BEEN SINCE 2014, INMATES SCREAM & HOLLER & BANG & KICK ON CELL DOORS CAUSING IT TO BE EXCESSIVELY LOUD ALL THROUGHOUT THE DAY EVERYDAY.

66. THE EXCESSIVE NOISE HAS & IS CAUSING THE PLAINTIFF TO HAVE HEADACHES, A LACK OF CONCENTRATION & FOCUS, LOSS OF & DISTURBANCE OF SLEEP, & CAUSED THE PLAINTIFF TO HAVE FRAYED NERVES.

67. PLAINTIFF IS AROUND SERIOUSLY MENTALLY ILL & MENTALLY ILL INMATES 24-7 WITH NO OUT

THE CELL TIME AT ALL.

68. INMATES MAKE ALL THE NOISE AS STATED ABOVE TO INTENTIONALLY AGITATE & FRUSTRATE OTHER INMATES & TO DELIBERATELY OBSTRUCT & HINDER DIALOGUES BETWEEN INMATES & TO DROWN OUT INMATES.

69. INMATES BANG ON THE PLAINTIFF'S WALL TO KEEP HIM FROM SLEEPING.

70. INMATES ALSO BANG ON THE METAL BED FRAMES IN THEIR CELLS THAT SOUNDS OFF LIKE A SUPER LOUD DRUM.

71. AS A RESULT OF LIVING IN SUCH AN ENVIRONMENT IT HAS MADE THE PLAINTIFF JUMPY & EASILY AGITATED.

72. THE NOISE POLICY IN THE NORTH CELL HOUSE IS NOT ENFORCED & THESE CONDITIONS ARE MAKING THE PLAINTIFF'S MENTAL ILLNESS WORSE.

73. FOR PARAGRAPHS #65 TO #72 SEE EXHIBIT C ATTACHED.

74. IN ADDITION TO THE ABOVE, THE PLAINTIFF IS A SERIOUSLY MENTALLY ILL INMATE DIAGNOSED WITH BIPOLAR WITH OTHER TRAITS THAT HAS BEEN SUFFERING FROM SEVERE FORMS OF DEPRESSION, HYPERACTIVITY, ANXIETY & PANIC ATTACKS AMONGST OTHER THINGS.

75. PLAINTIFF HAS BEEN DISCIPLINED & FORCED TO REMAIN IN PUNITIVE SEGREGATION BECAUSE OF DISCIPLINARY INFRACTIONS THAT WERE VIOLATED DUE TO & COMPELLED BY MENTAL ILLNESSES HE SUFFERS FROM WITH NO ACCESS TO PROGRAMS & MEANINGFUL & REASONABLE MENTAL HEALTH TREATMENT.

76. THE PLAINTIFF IS BEING DENIED A MENTAL HEALTH TREATMENT PLAN AS DICTATED BY THE MENTAL HEALTH PROTOCOL MANUAL AS MANDATORY FOR ALL MENTALLY ILL & SERIOUSLY MENTALLY ILL INMATES.

77. THE PLAINTIFF HAS ADDRESSED THESE ISSUES TO MENTAL HEALTH PROFESSIONALS, THE DEFENDANTS, RELAYING THE FACT THAT HE IS NOT BEING ALLOWED TO GO TO YARD OR HAVE ACCESS TO ANY MENTAL HEALTH PROGRAMS TO HELP HIM TO DEAL WITH HIS MENTAL ILLNESS & HIS SITUATION TO NO AVAIL.

72. ON 6-5-16 THE PLAINTIFF WAS DEEPLY DEPRESSED DUE TO HIS MAIL BEING PLAYED WITH & HAS MADE REPEATED & MULTIPLE REQUEST TO BE PLACED IN A MENTAL HEALTH SETTING OR UNIT & TO HAVE YAHO ONLY TO BE TOLD BY THE DEFENDANTS THERE IS NOTHING THEY COULD DO ABOUT IT.

79. THE PLAINTIFF GETS SO DEPRESSED TO THE POINT WHERE HE DOESN'T EAT, HE DOESN'T WASHUP, HE DOESN'T CLEAN UP, & CAN'T DO NOTHING BUT LAY IN HIS BED.

20. THE DEPRESSION ~~IMMOBILES~~ IMMOBILIZES THE PLAINTIFF.

21. THE PLAINTIFF HAS BEEN HAVING INCREASED EPISODES OF ANXIETY & PANIC ATTACKS & CANNOT GET ANY HELP FOR THEM.

22. THE DEFENDANTS ARE DENYING THE PLAINTIFF ACCESS TO A MENTAL HEALTH UNIT WHERE HE CAN ACCESS MENTAL HEALTH TREATMENT WITHOUT BEING DENIED AS HE IS IN THE NORTH CELL HOUSE.

23. THE PLAINTIFF IS CONSTANTLY BEING DENIED

A MENTAL HEALTH TREATMENT PLAN AS REQUIRED FOR ALL MENTALLY ILL INMATES PER MENTAL HEALTH PROTOCOL MANUAL.

84. FOR PARAGRAPHS #74 TO #83 SEE EXHIBIT D ATTACHED.

85. THE PLAINTIFF IS IN A CELL THAT IS CAUSING HIM TO HYPERVENTILATE & HAVE BREATHING PROBLEMS.

86. THERE IS NO WINDOW IN THE CELL & THE VENTILATION SYSTEM IS NOT ONLY NONFUNCTIONAL BUT ALSO FILLED WITH & BLOWING OUT EXCESSIVE DUST PARTICLES.

87. THE CELL IS A BOX with THREE SOLID WALLS & A PERFORATED DOOR COVERED WITH A PLEXI-GLASS.

88. THE PLAINTIFF IS INDIGENT & HAS NO FAN & TAKE PSYCHOTROPIC MEDICATION & THE TEMPERATURES ARE REACHING THE HIGH NINETIES.

89. IT IS HARD TO BREATHE IN THE CELL THE PLAINTIFF IS IN.

90. IT IS SO HOT TO THE POINT WHERE THE HEAT

IS ZAPPING THE PLAINTIFF'S ENERGY & LEAVING HIM FATIGUE LITERALLY ALL DAY.

91. THE AIR IS STAGNANT & NO AIR IS CIRCULATING IN THE PLAINTIFF'S CELL.

92. I HAVE NOT DONE ANYTHING TO BE CONFINED IN SUCH A RESTRICTED AIR FLOW CELL.

93. DUE TO THE FACT THAT THE PLAINTIFF IS INDIGENT, NOT ONLY IS HE UNABLE TO PURCHASE A FAN, BUT HE CANNOT BUY SOAP TO WASH UP.

94. THE PLAINTIFF IS GIVEN TWO SMALL BARS OF STATE SOAP THAT ARE GROSSLY INADEQUATE FOR MAINTAINING HYGIENE IN EXTREME & EXCESSIVE HEAT OR ANY OTHER CONDITIONS.

95. THE PLAINTIFF HAS RELAYED THESE ISSUES TO ALL THE DEFENDANTS.

96. THE PLAINTIFF IS SWEATING PROFUSELY BY JUST LAYING IN HIS BED.

97. THE PLAINTIFF'S MATTRESS IS MADE OUT OF PLASTIC.

98. FOR PARAGRAPHS # 85 TO # 97 SEE EXHIBIT E ATTACHED.

99. THE PLAINTIFF HAS BEEN IN CELL # 507 IN THE NORTH CELL HOUSE FOR OVER A MONTH NOW.

100. THE PLAINTIFF HAS BEEN ASKING FOR A CLEAN MATTRESS EVERY SINCE HE'S BEEN THIS CELL.

101. THE MATTRESS IS LITERALLY COVERED WITH PAINT & RUST IN WHICH COMES FROM THE BED FRAME IT IS SITUATED ON.

102. THE PLAINTIFF HAS ASKED LT. BOLANO & NUMEROUS OFFICERS FOR A CLEAN MATTRESS & IGNORED EVERY TIME.

103. THE PLAINTIFF HAS BROKE OUT WITH RASHES, BUMPS & SORES ALL OVER HIS BODY AS A RESULT OF SLEEPING ON THIS MATTRESS.

104. THE ~~PLAINTIFF~~ MATTRESS IS TORN & RIPPED BADLY.

105. INMATES ARE ONLY ALLOWED ONE SHOWER A WEEK & THE MATTRESS HAS THE PLAINTIFF

Itching TERRIBLY.

106. FOR PARAGRAPHS #99 TO #105 SEE EXHIBIT F ATTACHED.

~~107. ON 5-7-16 THE PLAINTIFF GAVE NURSE BOGUS A MEDICAL REQUEST SLIP FOR SEVERE MUSCLE CRAMPS & FRAYED NERVES & SKIN ISSUES.~~

107. ON 5-7-16 THE PLAINTIFF GAVE NURSE LAURA A SICK CALL REQUEST & P-96 FOR SEVERE MUSCLE CRAMPS.

108. ON 5-9-16 THE PLAINTIFF WROTE MENTAL HEALTH PROFESSIONAL KELLY HAAG RELAYING HE'S BEEN HAVING ANXIETY ATTACKS & PANIC ATTACKS & THAT HE IS BEING DENIED YARD.

109. THE PLAINTIFF HAS WROTE ALL THE DEFENDANTS RELAYING THESE ISSUES & HAS BEEN SEEN BY MEDICAL DOCTORS FOR HIS ISSUES.

110. THE MEDICAL DOCTORS NAMED AS DEFENDANTS IN THIS COMPLAINT HAVE DENIED THE PLAINTIFF TREATMENT FOR HYPERSENSITIVITY TO STIMULI, HEART PALPITATIONS, FRAYED NERVES,

Nose Bleeds, & Respiratory Problems.

111. Dr. R. Ojelade specifically told the Plaintiff that there was nothing he could do for his issues & stop complaining about them.

112. Dr. Andrew Tilden has been wrote numerous times to address the issues herein by the Plaintiff & Dr. Andrew Tilden is refusing to answer the Plaintiff's scribes or address his issues.

VII. Legal Claims

113. Plaintiff reallege & incorporate by reference paragraphs #1 - #112.

114. Defendants Susan Prentice, Officer Devries, Officer Myers, Officer Henkel, Sergeant Gasper, Lieutenant Boland, Major Hadsall, Warden Kelly, Warden Terri Kennedy, Warden Michael Melvin violated the Plaintiff's Eighth & Fourteenth Amendment right to be free from cruel & unusual punishment when they allowed the Plaintiff to go for an excessive & extended period of time

With no out of cell ~~[illegible]~~ exercise time that resulted in him being injured as stated above. See exhibits A & G attached.

115. Defendants Susan Prentice, ~~[illegible]~~ ~~[illegible]~~ Sergeant Gasper, Lieutenant Boland, Major Haddsall, Warden Kelly, Warden Terri Kennedy, Warden Michael Melvin violated the Plaintiff's Eighth & Fourteenth Amendment right to be free from cruel & unusual punishment when they when they subjected the Plaintiff to a cell with a nonfunctioning ventilation system that has an accumulation & build up of grime & filled with & emits excessive dust particles with no windows in the cell & with a ventilation system that has a stream of fumes of various types flowing into the cell altogether making the Plaintiff's nose bleed almost everyday with sharp pains in his nasal capacity, causing him to have excessive mucus build up in his respiratory system, causing his throat to give him pain, causing his skin to burn, & causing him to have sharp pains & contractions in his chest & heart for over a year.

116. DEFENDANTS SUSAN PRENTICE, SERGEANT GASPER, LIEUTENANT BOLAND, MAJOR HADSALL, WARDEN KELLY, WARDEN TERRI KENNEDY, WARDEN MICHAEL MELVIN VIOLATED THE PLAINTIFF'S EIGHTH & FOURTEENTH AMENDMENT RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT WHEN THEY SUBJECTED THE PLAINTIFF TO A CELL HOUSE WITH DAILY & CONSTANT EXCESSIVE NOISE THAT CAUSED HIM TO HAVE HEADACHES, A LACK OF CONCENTRATION & FOCUS, LOSS OF & DISTURBANCE OF SLEEP, & FRAYED NERVES FOR OVER A YEAR.

117. DEFENDANTS ANDREA MOSS, KELLY HAAG, LINDA DUCKWORTH, DOCTOR MORANO, SCOTT MCCORMICK, R. OJELADE, STEPHEN LANTERMAN, ANDREW TILDEN, WEXFORD HEALTHCARE PROVIDERS VIOLATED THE PLAINTIFF'S EIGHTH & FOURTEENTH AMENDMENT RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT WHEN THEY FLAT OUT DENIED THE PLAINTIFF ACCESS TO A MENTAL HEALTH UNIT FOR HIS OWN WELLBEING TO RECEIVE ADEQUATE MENTAL HEALTH CARE FOR HIS MENTAL ILLNESS.

118. DEFENDANTS SUSAN PRENTICE, SERGEANT GASPER, LIEUTENANT BOLAND, MAJOR HADSALL, WARDEN

Kelly, Warden Terri Kennedy, Warden Michael Melvin violated the Plaintiff's Eighth & Fourteenth Amendment Right to Be Free From Cruel & unusual Punishment When they placed the Plaintiff in a Cell with restricted Air Flow & a nonfunctional ventilation system with Plexi-Glass on the Door with no fan, & no way to Buy one, with extreme temperatures reaching 90 Degrees with out adequate Soap to wash up & which it also makes it hard to Breathe & making him fatigue all day.

119. Defendants Susan Prentice, Sergeant Gasper, Lieutenant Bolano, Major Hadsall, Warden Kelly, Warden Terri Kennedy, Warden Michael Melvin violated the Plaintiff's Eighth & Fourteenth Amendment Right to Be Free From Cruel & unusual Punishment when they made him sleep on a mattress with Paint & Rust For over a Month that is making him Break out & have severe Skin Issues

120. Defendants Susan Prentice, Sergeant Gasper, Lieutenant Bolano, Major Hadsall, Warden Kelly,

WARDEN TERRI KENNEDY, WARDEN MICHAEL MELVIN, OFFICER DEVRIES, OFFICER MYERS, OFFICER HENKEL VIOLATED THE PLAINTIFF'S EIGHTH & FOURTEENTH AMENDMENT RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT WHEN THEY ALLOWED THE PLAINTIFF TO GO OVER A YEAR WITH NO OUT OF CELL EXERCISE AT ALL UNDER CONDITIONS THAT HAS INJURED HIM PHYSICALLY & PSYCHOLOGICALLY & EMOTIONALLY WITH STRESS, ANXIETY, DEPRESSION, HEADACHES, INVOLUNTARY MUSCLE SPASMS, ATROPHIED MUSCLES, & SEVERE MUSCLE CRAMPS & MAKING HIS MENTAL ILLNESS WORSE.

## VIII. RELIEF REQUESTED

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

116. A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION & LAWS OF THE UNITED STATES.

117. COMPENSATORY DAMAGES IN THE AMOUNT OF $ 100,000.00 AGAINST EACH DEFENDANT, JOINTLY

& SEVERALLY.

118. PUNITIVE DAMAGES IN THE AMOUNT OF $50,000.00 AGAINST EACH DEFENDANT.

119. REVOCATION OF ALL GOOD CONDUCT CREDITS & STATUTORY GOOD TIME.

120. THE COST OF THIS SUIT TO BE PAID BY THE DEFENDANTS.

121. PLAINTIFF'S INSTITUTIONAL DEBT EXPUNGED IN FULL.

122. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

123. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, & EQUITABLE.

DATED: 6-29-16 - RESPECTFULLY SUBMITTED

/s/ Michael Johnson

MICHAEL JOHNSON #R63104
P.O. Box 99
PONTIAC, IL 61764

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT & HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION & BELIEF, &, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE & CORRECT.

EXECUTED AT PONTIAC, IL ON 6-29-16.

Michael Johnson

MICHAEL JOHNSON

Bruce Rauner
Governor

"EXHIBIT A"

John Baldwin
Acting Director

E-13

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 5-14-16

TO: Name: Johnson IDOC #: R 63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 5-08-16 Topic: Adm Policy Issue: Yard Privilege

The attached is being returned for the reason(s) listed below:

__X__ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____________.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

"EXHIBIT A"

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 5-8-16
Offender (Please Print): MICHAEL JOHNSON
ID#: B63104

Present Facility: PONTIAC CORRECTIONAL CENTER
Facility where grievance issue occurred: PONTIAC CORRECTIONAL CENTER

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☑ Staff Conduct
- ☐ Dietary
- ☑ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☑ Other (specify): DENIAL OF YARD

☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I HAVE BEEN IN THE NORTH CELL HOUSE OF PONTIAC SINCE 2014 AND HAVE BEEN IN YARD DENIAL THROUGHOUT THE WHOLE COURSE OF THIS TIME. YARD, FOR YARD DENIAL, IS RAN ONLY ONCE A MONTH. THERE IS NO MAKE UP YARD FOR YARD DENIAL & THROUGHOUT THE COURSE OF THIS TIME I HAVE BEEN DENIED YARD EVERY TIME I TRY TO GO TO YARD. SOMETIMES I MISS YARD DUE TO ME BEING SLEEP & THE MEDICATION I'M ON MAKES ME SLEEP HEAVY. AN INMATE HAS TO SIGN UP FOR YARD BY LETTING HIS GALLERY OFFICER KNOW WHEN COUNT IS BEING DONE (7:00 A.M. COUNT). IN

**Relief Requested:** TO BE ALLOWED TO HAVE OUT OF CELL EXERCISE TIME & TO BE GIVEN A MAKE-UP YARD WHEN YARD IS CANCELED. & TO BE GIVEN MEDICAL TREATMENT FOR MY MUSCLE CRAMPS & TO BE GIVEN MENTAL HEALTH TREATMENT

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson — Offender's Signature — B63104 (ID#) — 5/8/16 (Date)

(Continue on reverse side if necessary)

Copied 05/09/16 PCC LL

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

---

**EMERGENCY REVIEW**

Date Received: 5/13/16

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P Melvin mar — Chief Administrative Officer's Signature — 5/13/16 Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

MARCH OF 2016 I WAS SLEEP WHEN COUNT WAS BEING CARRIED OUT & WHEN ~~COUNT WAS DONE~~ THE OFFICER CAME BACK ON THE GALLERY I LET HIM KNOW THAT I WANTED TO GO TO YARD & HE SAID I WAS BURNED UP. THE OTHER MONTHS WHERE I WAS DENIED YARD OFFICERS SIMPLY JUST DIDN'T LET ME GO TO YARD. I AM IN A CELL 24 HOURS A DAY, 7 DAYS A WEEK. I AM NOT ALLOWED TO GO OUT OF MY CELL FOR ANYTHING EXCEPT SHOWERS ONCE A WEEK. THERE ARE NO WINDOWS IN THE CELLS TO ADMIT FRESH AIR & THE VENTILATION SYSTEM IS NONFUNCTIONAL. DUE TO ME NOT BEING ALLOWED TO HAVE OUTDOOR EXERCISE I HAVE BEEN & CONTINUOUSLY AM BEING ~~[illegible]~~ INJURED PHYSICALLY & PSYCHOLOGICALLY WITH STRESS, ANXIETY, DEPRESSION, HEADACHES & MUSCLE CRAMPS AMONGST OTHER THINGS LIKE ~~[illegible]~~ OVERWHELMING FATIGUE DUE TO LACK OF FRESH AIR. ALL OF 2015 I WOULD HAVE HYPERACTIVE EPISODES WHERE I WOULD GET INTO IT ~~[illegible]~~ WITH CORRECTIONAL OFFICERS & THEY WOULD RETALIATE BY DENYING ME YARD FOR OUT THE CELL ~~[illegible]~~ EXERCISE TIME. I HAVE ALSO BEEN DEEPLY DEPRESSED & COULD NOT PUT MY CELL INTO COMPLIANCE & WAS NOT ALLOWED TO GO TO YARD DUE TO SUCH. I AM SERIOUSLY MENTALLY ILL & I SUFFER FROM BIPOLAR & ANXIETY ATTACKS. I HAVE LET DR. MCCORMICK & MISS ANDREA MOSS & DR. DEMPSEY KNOW ABOUT THESE THINGS ALL THROUGHOUT THE YEAR OF 2015. SOMETIMES YARD FOR YARD DENIAL IS CANCELED DUE TO AN INSTITUTIONAL LOCK DOWN OR WEATHER ISSUES LIKE ~~[illegible]~~ FOG WHICH DECREASES VISIBILITY & CREATES A SECURITY ISSUE. ONCE YARD IS CANCELED IN THIS WAY, IN WHICH IT HAS BEEN ON MORE THAN ONE OCCASION LAST YEAR 2015, THERE IS NO MAKE UP YARD. I AM NOT BEING ALLOWED TO GO TO YARD AT ALL!! AT TIMES I GET SO DEPRESSED THAT I JUST LAY IN THE BED IMMOBILIZED & UNABLE TO DO ANYTHING. I HAVE AN INCREASE OF SUCH EPISODES SINCE I'VE BEEN DEPRIVED MY YARD ~~[illegible]~~ PRIVILEGES. ALSO, WHILE I'M LAYING DOWN IN THE BED & MY BACK WILL JUMP CAUSING ~~[illegible]~~ MY WHOLE BODY TO CONTRACT INVOLUNTARILY. IN ADDITION TO ALL THIS, MY NOSE BLEEDS UNCONTROLABLY ALMOST EVERY DAY. THE VENTILATION SYSTEM IS ~~[illegible]~~ NONOPERATIONAL/NONFUNCTIONAL & FILLED WITH EXCESSIVE DUST PARTICLES AMONGST OTHER THINGS IN WHICH I BREATHE IN 24-7 NONSTOP. FOR THIS CONTRIBUTES TO MY HEADACHES, STRESS, ANXIETY ATTACKS, MUSCLE CRAMPS & FATIGUE. THESE SEVERE CONDITIONS HAVE ~~[illegible]~~ EXACERBATED MY ANXIETY & MY MENTAL ILLNESS. & THE SEVERE MUSCLE CRAMPS ARE IN MY NECK, BACK AND LEGS. I'M ALSO EXPERIENCING MUSCLE ATROPHY IN MY ARMS AND OTHER BODY PARTS.

Bruce Rauner
Governor "EXHIBIT B"

John Baldwin
Acting Director

B 5/10

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 5-10-16

TO: Name: Johnson IDOC #: R63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 5-8-16 Topic: Other Issue: Yard Privileges; retaliation

The attached is being returned for the reason(s) listed below:

X Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

______ Use proper Committed Person's Grievance (DOC 0046).

______ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

______ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

______ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: ______________.

______ Unable to determine nature of grievance/correspondence. Submit additional specific information.

______ Illegible copy submitted – submit legible copy for consideration.

______ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 5-8-16 | Offender (Please Print): MICHAEL JOHNSON | ID#: R63104

Present Facility: PONTIAC CORRECTIONAL CENTER | Facility where grievance issue occurred: PONTIAC CORRECTIONAL CENTER

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☐ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☑ Other (specify): CONDITIONS OF CONFINEMENT
- ☐ Disciplinary Report: __/__/__ Date of Report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I HAVE BEEN IN PONTIAC CORRECTIONAL CENTER SINCE MARCH OF 2013. I AM IN A CELL TWENTY-FOUR HOURS A DAY WITH NO OUT OF CELL TIME AT ALL. FOR I AM IN YARD DENIAL & YARD DENIAL STATUS ONLY HAS YARD ONCE A MONTH FOR AN HOUR. I AM DENIED THESE LIMITED PRIVILEGES, OR SHALL I SAY I AM DENIED THIS LIMITED PRIVILEGE. THE VENTILATION SYSTEM IS FILLED & LITERALLY PLUGGED WITH AN ACCUMULATION & BUILD UP OF GRIME (A THICK GRIMY SUBSTANCE) & EXTREMELY EXCESSIVE DUST PARTICLES. THESE DUST PARTICLES FLOAT & FLY AROUND IN THE CELL & I BREATHE THEM IN ALL DAY, EVERY DAY.

**Relief Requested:** TO HAVE THE VENTILATION SYSTEM THOROUGHLY CLEANED OUT, TO HAVE IT FUNCTIONAL WHERE FRESH AIR CAN BE DISTRIBUTED IN & STALE & STAGNANT AIR ADMITTED OUT, & TO HAVE MEDICAL TREATMENT FOR ALL ISSUES - CAUSED BY THESE PROBLEMS DOCUMENTED - HERE.

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature | R63104 ID# | 5/8/16 Date

(Continue on reverse side if necessary)

RECEIVED 05/09/16 [margin stamp]

**Counselor's Response (if applicable)**

Date Received: __/__/__ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: 5/10/16 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P. Melvin [signature] Chief Administrative Officer's Signature | 5/10/16 Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

THERE ARE NO WINDOWS IN THE CELLS TO PERMIT FRESH AIR TO FLOW IN. THE VENTILATION SYSTEM ITSELF IS NONFUNCTIONAL & NONOPERATIONAL. FOR IT DOES NOT CIRCULATE OR DISTRIBUTE ANY FRESH AIR AT ALL. ALSO, THE STALE AIR IS NOT GIVEN ANY MEANS OF ESCAPE OR EXIT & THE EXCESSIVE DUST PARTICLE & [illegible] FILLED ENVIRONMENT PERSISTS IN A PERPETUAL CYCLE OF NONSTOP & CONTINUAL AIR CONTAMINATION. IN ADDITION TO THIS, FUMES OF VARIOUS TYPES & KINDS FIND THEIR WAY & [illegible] STREAM THROUGH THIS FAULTY VENTILATION SYSTEM MAKING MATTERS WORSE. THESE FUMES RANGE FROM & ALTERNATE FROM POTENT ODORS OF FECAL MATTER TO URINE, RAW SEWAGE IN ADDITION TO UNIDENTIFIABLE ODORS & FUMES. IT HAS A FLUCTUATING NATURE WHERE AT TIMES THE FUMES BOMBARD THE CELL FROM THE VENT MODERATELY & AT OTHER TIMES OVERWHELMINGLY. THROUGHOUT THE COURSE & DURATION OF THE TIME I'VE BEEN CONFINED IN THE FACILITY & CELL HOUSE I'VE NEVER SEEN ANYONE CLEAN OR CLEAN OUT THE VENTS. NOT AT ALL!! THE VENTS HAVE TRASH OF VARIOUS KIND PILED UP & STUFFED UP IN THEM IN WHICH HAVE BEEN IN THE VENTS LITERALLY FOR YEARS. THIS IS A MAJOR HEALTH HAZARD! MY NOSE BLEEDS ALMOST EVERYDAY. I ALSO EXPERIENCE A SHARP PAIN IN MY NASAL CAVITY AT TIMES WHEN I INHALE & EXHALE THROUGH MY NOSE. MY EYES STING & WATER UP UNCONTROLLABLY DAILY. I HAVE AN EXCESSIVE MUCUS BUILD UP IN MY RESPIRATORY SYSTEM & MY THROAT PAINS ME EVERY DAY. SOME TIMES IT'S TO THE POINT WHERE I CAN'T EVEN SPEAK. THE DUST PARTICLES EMITTED FROM THE VENT COVERS MY BODY/SKIN WHICH RESULTS IN SORES & MY SKIN BURNS. THIS UNHEALTHY ENVIRONMENT CAUSES ME TO HAVE PAINFUL CHEST CONTRACTIONS & CAUSES SHARP PAINS IN MY HEART. IT ALSO CONTRIBUTES TO MY LOSS OF APPETITE. I BELIEVE FIBER GLASS DUST MOLD IS ALL THROUGHOUT THE VENTS.

Printed on Recycled Paper

Bruce Rauner
Governor

"Exhibit C"

5/13

John Baldwin
Acting Director

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 5-14-16

TO: Name: Johnson IDOC #: R63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 5-08-16 Topic: Adm. Policy Issue: Noise Policy

---

The attached is being returned for the reason(s) listed below:

X Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

____ Use proper Committed Person's Grievance (DOC 0046).

____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: ________.

____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

____ Illegible copy submitted – submit legible copy for consideration.

____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-3-16 | Offender (Please Print): MICHAEL JOHNSON | ID#: K63104 |
|---|---|---|
| Present Facility: PONTIAC CORRECTIONAL CENTER | Facility where grievance issue occurred: PONTIAC CORRECTIONAL CENTER | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA EXCESSIVE NOISE
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): ________
- ☐ Disciplinary Report: ___/___/___ (Date of Report) ________ (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I AM IN THE NORTH CELL HOUSE OF THE ABOVE FACILITY & IN THIS CELL HOUSE INMATES SCREAM & HOLLER & BANG & KICK ON CELL DOORS CAUSING IT TO BE EXCESSIVELY LOUD ALL THROUGHOUT THE DAY & NIGHT EVERYDAY OF THE WEEK. THIS EXCESSIVE NOISE HAS CAUSED ME TO HAVE HEADACHES, A LACK OF CONCENTRATION & FOCUS, LOSS OF DISTURBANCE OF SLEEP, & HAS COMPLETELY FRAYED MY NERVES. I AM AROUND SERIOUSLY MENTALLY ILL INMATES 24-7 WITH NO OUT THE CELL TIME AT ALL. FOR I AM IN A CELL 24 HOURS A DAY EVERYDAY. INMATES HOLLER, SCREAM, BANG, & KICK ON DOORS & WALLS

Copied 05/09/16 PCC LL

**Relief Requested:** TO HAVE THE NOISE POLICY IN THE NORTH CELL HOUSE ENFORCED OR TO BE PLACED IN A HOUSING UNIT WHERE EXCESSIVE NOISE ISN'T TOLERATED FOR MY MENTAL STABILITY & OVERALL HEALTH & TO BE GIVEN MEDICAL THEATMENT FOR MY NERVES.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Johnson | K63104 | 5/2/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ________

Print Counselor's Name ________ Counselor's Signature ________ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: 5/3/16

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P Melvin (signature) 5/3/16
Chief Administrative Officer's Signature — Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

TO INTENTIONALLY AGITATE & FRUSTRATE OTHER INMATES & TO DELIBERATELY OBSTRUCT & HINDER CASUAL DIALOGUES BETWEEN INMATES & TO DROWN OUT INMATES WHO CALL OFFICERS FOR WHATEVER REASONS THEY MAY NEED THEM FOR. INMATES BANG ON WALLS TO KEEP THEIR NEIGHBORS FROM SLEEPING. THERE IS A INMATE BANGING ON MY WALL RIGHT NOW. INMATES ALSO BANG ON THE METAL BED FRAME IN WHICH SOUNDS OFF LIKE A SUPER LOUD DRUM. AS A RESULT OF LIVING IN SUCH ENVIRONMENT HAS MADE ME JUMPY & EASILY AGITATED. THE NOISE POLICY IN THE NORTH CELL HOUSE IS NOT ENFORCED. FOR THESE CONDITIONS ARE WORSENING MY MENTAL ILLNESS.

1:16-cv-01244-CSB # 1 Page 37 of 49

Bruce Rauner
Governor

"Exhibit O"

John Baldwin
Acting Director

6/10

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 6-11-16

TO: Name: Johnson IDOC #: R 63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 6-05-16 Topic: Medical Issue: Youth Mental Health Placement

The attached is being returned for the reason(s) listed below:

X Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

____ Use proper Committed Person's Grievance (DOC 0046).

____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: __________.

____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

____ Illegible copy submitted – submit legible copy for consideration.

____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

TO: WARDEN

EXHIBIT "O"

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 6-5-16 | Offender (Please Print): Michael Johnson | ID#: B63104 |
|---|---|---|
| Present Facility: Pontiac Corr. Ctr. | Facility where grievance issue occurred: Pontiac Corr. Ctr. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☑ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ HIPAA
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify) ______
- ☐ Disciplinary Report: __/__/__ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

I AM A SERIOUSLY MENTALLY ILL INMATE DIAGNOSED WITH BIPOLAR WITH OTHER TRAITS THAT HAS BEEN SUFFERING FROM SEVERE FORMS OF DEPRESSION, HYPER ACTIVITY, ANXIETY & PANIC ATTACKS AMONGST OTHER THINGS & HAVE BEEN DISCIPLINED & FORCED TO REMAIN IN PUNITIVE SEGREGATION BECAUSE OF DISCIPLINARY INFRACTIONS THAT WERE VIOLATED DUE TO MENTAL ILLNESSES I SUFFER FROM & I HAVE ADDRESSED THESE ISSUES TO MENTAL HEALTH PROFESSIONALS ANDREA MOSS, KELLY HARO, LINDA

**Relief Requested:** TO BE ALLOWED TO GO TO SOUTH MENTAL FOR MY MENTAL & PHYSICAL & EMOTIONAL WELLBEING AS DOCUMENTED HEREIN.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson — Offender's Signature B63104 — ID# 6/5/16 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

Print Counselor's Name ______ Counselor's Signature ______ Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: 6/10/16 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] — Chief Administrative Officer's Signature 6/10/16 — Date

Printed on Recycled Paper

TO: WARDEN

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Duckworth, Doctor Moreno, Scott McCormick, & others are delaying the fact that I'm not being allowed to go to yard or any mental health programs that can help me deal with my situation better. I have made repeated & multiple requests to be placed in South Mental so I can have access to adequate mental health treatment only to be told that there's no room or flat out ignored. I am going through a phase of severe depression as I write this grievance due to the fact that I cannot receive my mail in which the facility is withholding. I get so depressed to where I'm not eating, I'm not washing up, I'm not cleaning up, & I can't do nothing but lay in the bed. The depression immobilizes me. I have been having increased episodes of anxiety & panic attacks & I just don't know what to do. The above named personnel are denying me access to a mental health unit where I can access to mental health treatment without being denied as I am in the North cell house. Also so I want be subjected to losing good time like I just have & forced to sit in a cell 24-7 with no yard or day room.

Printed on Recycled Paper

Bruce Rauner
Governor "EXHIBIT E"

John Baldwin
Acting Director

E 6/23

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 6-25-16

TO: Name: Johnson IDOC #: R 63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 6-19-16 Topic: Adm. Policy Issue: Cell Placement

The attached is being returned for the reason(s) listed below:

X Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

____ Use proper Committed Person's Grievance (DOC 0046).

____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: __________.

____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

____ Illegible copy submitted – submit legible copy for consideration.

____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

→

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

_____ Issue has been previously addressed on _________. No justification for further consideration.

_____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ The Chief Administrative Officer has determined your grievance issue a non-emergency. If you reject this decision, forward your grievance directly to Grievance Office.

X Other: In regards to a fan, contact Unit Major with your request.

TO: WARDEN "EXHIBIT E"

| Date: 6-19-16 | Offender (Please Print): MICHAEL JOHNSON | ID#: R63104 |
|---|---|---|
| Present Facility: PONTIAC CORR. CTR. | Facility where grievance issue occurred: PONTIAC CORR. CTR. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): EXCESSIVE HEAT
- [ ] Disciplinary Report: __/__/__ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I AM IN A CELL THAT IS CAUSING ME TO HYPER-VENTILATE & HAVE BREATHING PROBLEMS. THERE IS NO WINDOW IN THE CELL & THE VENTILATION SYSTEM IS NOT ONLY NONFUNCTIONAL BUT ALSO FILLED WITH & BLOWING OUT EXCESSIVE DUST PARTICLES. THE CELL IS A BOX WITH THREE SOLID WALLS & A PERFORATED DOOR COVERED WITH A PLEXI-GLASS EXCLUDING A SMALL PORTION FOR THE INTAKE & OUTTAKE OF AIR. I AM INDIGENT & HAVE NO FAN & TAKE PSYCHOTROPIC

**Relief Requested:** TO BE PROVIDED WITH A STATE LOAN FAN & TO BE PLACED IN A CELL WITH NO PLEXI-GLASS OR NO SOLID DOOR.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson — Offender's Signature R63104 — ID# 6/19/16 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: __/__/__ [ ] Send directly to Grievance Officer [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name ______ Counselor's Signature ______ Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: 6/23/16 Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Melvin — Chief Administrative Officer's Signature 6/23/16 — Date

Printed on Recycled Paper

TO: WARDEN

**OFFENDER'S GRIEVANCE** (Continued)

MEDICATION & THE TEMPERATURES ARE FLUCUATING FROM THE MID & UPPER EIGHTIES TO THE LOW & MID NINETIES. IT IS HARD TO BREATHE IN THIS CELL. IT IS SO HOT TO THE POINT WHERE THE HEAT IS ZAPPING MY ENERGY & LEAVING ME FATIGUE LITERALLY ALL DAY. THE AIR IS STAGNANT & NO AIR IS CIRCULATING. I HAVE NOT DONE ANYTHING TO BE CONFINED IN SUCH A RESTRICTED AIR FLOW CELL. DUE TO THE FACT THAT I AM INDIGENT, NOT ONLY AM I UNABLE TO PURCHASE A FAN, BUT I CANNOT BUY ADEQUATE SOAP TO WASH UP. STATE SOAP IS ISSUED OUT ONCE A WEEK FOR INDIGENT OFFENDERS. AN INDIGENT OFFENDER IS GIVEN TWO SMALL BARS OF SOAP THAT ARE GROSSLY IN-ADEQUATE FOR MAINTAINING HYGIENE IN EXTREME & EXCESSIVE HEAT. I HAVE RELAYED THESE ISSUES TO MENTAL HEALTH PROFESSIONALS. INMATE WILLIE TERRY TOLD ME MENTAL HEALTH PROFESSIONALS GAVE HIM A STATE LOAN FAN BUT ARE REFUSING TO GIVE ME ONE. I AM SWEATING PROFUSELY BY JUST LAYING IN MY BED. MY MATTRESS IS MADE OUT OF PLASTIC. THIS IS MAKING MATTERS WORSE.

Distribution: Master File; Offender

DOC 0046 (8/2012)

Printed on Recycled Paper

1:16-cv-01244-CSB # 1 Page 44 of 49

Bruce Rauner
Governor

"EXHIBIT F"

John Baldwin
Acting Director

B 57/13

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 5-14-16 R

TO: Name: Johnson IDOC #: 63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 5-08-16 Topic: Other Issue: new matters

---

The attached is being returned for the reason(s) listed below:

X Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: __________.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

"EXHIBIT F"

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

Date: 5-8-16 | Offender: (Please Print) MICHAEL JOHNSON | ID#: K63104

Present Facility: PONTIAC CORRECTIONAL CENTER | Facility where grievance issue occurred: PONTIAC CORRECTIONAL CENTER

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): BOGUS MATTRESS
- ☐ Disciplinary Report: __/__/__ Date of Report ___ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I HAVE BEEN IN CELL # 507 IN THE NORTH CELL HOUSE FOR OVER A MONTH NOW. I'VE BEEN ASKING FOR A CLEAN MATTRESS EVERY SINCE I'VE BEEN IN THIS CELL. THE MATTRESS IS LITERALLY COVERED WITH PAINT & RUST IN WHICH COMES FROM THE BED FRAME IT IS SITUATED ON. I'VE ASKED LT. BOLAND & NUMEROUS OFFICERS FOR A CLEAN MATTRESS & IGNORED EVERY TIME. I HAVE BROKE OUT WITH RASHES, BUMPS & SORES ALL ON MY BACK & ALL AROUND MY BODY SINCE I'VE BEEN SLEEPING ON THIS MATTRESS. THE MATTRESS IS TORN & RIPPED BADLY. WE ARE ONLY ALLOWED ONE SHOWER A WEEK &

**Relief Requested:** TO BE GIVEN A CLEAN MATTRESS, AND TO BE SEEN BY A ~~Dermatology~~ DERMATOLOGIST FOR MY SKIN PROBLEMS.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson (Offender's Signature) | K63104 (ID#) | 5/8/16 (Date)

(Continue on reverse side if necessary)

copied 05/09/16 RCC

**Counselor's Response (if applicable)**

Date Received: __/__/__ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: 5/13/16 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P. Melvin (Chief Administrative Officer's Signature) | 5/13/16 (Date)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

THE MATTRESS HAS ME ITCHING TERRIBLY.



Bruce Rauner
Governor

John Baldwin
Acting Director

6/03

**The Illinois Department of Corrections**

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 6-04-16

TO: Name: Johnson IDOC #: R 63104

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated 5-28-16 Topic: Staff Conduct Issue: C/O Deliries (5-28-16) — Denied Yard

The attached is being returned for the reason(s) listed below:

X Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

____ Use proper Committed Person's Grievance (DOC 0046).

____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: __________.

____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

____ Illegible copy submitted – submit legible copy for consideration.

____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

"EXHIBIT G"

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 5-28-16 | Offender: (Please Print) MICHAEL JOHNSON | ID#: K63104

Present Facility: PONTIAC CORR. CTR. | Facility where grievance issue occurred: PONTIAC CORR. CTR.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☐ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify): ______
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON THE ABOVE DATE AT 7:00 A.M. COUNT OFFICERS WERE COMING PASS TO EVERY CELL & I TOLD OFFICER DEVRIES I WANTED TO GO TO YARD. ABOUT 30 MINUTES TO A HOUR AFTER COUNT OFFICERS CAME & TOOK INMATES TO YARD. OFFICERS DID NOT COME & GET ME. I ASKED OFFICER DEVRIES WHY I DIDN'T GO TO YARD & HE SAID YOU ARE BURNT UP & WALKED OFF. I WAS NOT ALLOWED TO GO TO YARD AT ALL. I DID NOT REFUSE TO GO TO YARD. I

**Relief Requested:** TO STOP BEING RETALIATED AGAINST & TO BE ALLOWED TO GO TO THE YARD.

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson (Offender's Signature) K63104 (ID#) 5/28/16 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

______ Print Counselor's Name ______ Counselor's Signature ___/___/___ Date of Response

**EMERGENCY REVIEW**

Date Received: 6/3/16 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Melvin (Chief Administrative Officer's Signature) 6/3/16 (Date)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Got Into A VERBAl DiSpute With OFFICER DEVRIES ON 5-27-16 & HE IS RETALIATING AGAINST ME By DENying ME YARD.

Printed on Recycled Paper