UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Johnson #R63104
 Plaintiff,

vs.                                    CASE NO. 1:16-cv-01244
                                       Jdg. Colin Stirling Bruce

Susan Prentice, et al.
       Defendants,

MOTION TO INFORM THE COURT OF ADDRESS
CHANGE AND EXPLANATION OF DELAY

Plaintiff states as follows:

1. That he has been transferred to another facility, that facility being Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, IL 61021-9532

2. Due to the Plaintiff not having legal supplies or any other means to send out mail to address the court of this matter the Plaintiff had to wait until he was approved for indigent legal supplies & then subsequently wait until the legal supplies were provided to him in which was two

SEPERATE PROCESSES (SEE EXHIBIT A ATTACHED).

3. ADDITIONALLY, THERE HAS BEEN A MISPLACING OF THE PLAINTIFF'S PROPERTY; THIS HAS CAUSED THE PLAINTIFF TO BE WITHOUT IMPORTANT DOCUMENTS.

4. PLEASE NOTE THAT THE PLAINTIFF IS PROSE; OWES ABOUT TWO-THOUSAND DOLLARS PLUS TO I.D.O.C.; CANNOT BUY OR PURCHASE ENVELOPES AT ALL.

5. FOR THE PLAINTIFF HAS BEEN GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS.

6. THE PLAINTIFF TRANSFERRED TO DIXON FACILITY ON 12-9-16; WAS NOT PROVIDED WITH A MEANS TO INFORM THIS COURT UNTIL 1-24-17 ~~~~~~ (SEE EXHIBIT B ATTACHED).

7. THE PLAINTIFF IS WHOLLY & FULLY DEPENDENT UPON THE INSTITUTION OF I.D.O.C. TO PROVIDE HIM WITH A MEANS TO ADDRESS & COMMUNICATE WITH THE COURT FOR THERE IS NO ELECTRONIC FILING SYSTEM IN DIXON.

/s/ Michael Johnson 1-19-17

3 OF 5

Bruce Rauner
Governor


"EXHIBIT A"



John Baldwin
Acting Director

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

### MEMORANDUM

DATE:        January 6, 2017

TO:          Michael Johnson, R63104
             H.U. XA/66

FROM:        Sonja Nicklaus, Assistant Warden of Programs
             Dixon Correctional Center

SUBJECT:     **Indigent Status Request**

After review of your trust fund account, I am approving your request for indigent status for legal purposes only. This approval is approved through April 6, 2017; however, should your circumstances change this approval may be revoked. If you feel you should be reconsidered for indigent approval for legal purposes on or about April 6, 2017 please forward a request to my office for appropriate review and response to your request. A copy of this letter will be forwarded to the library staff so that they are aware of this approval and can in turn issue you the approved monthly allotment of legal materials for indigent offenders.

This indigent status does not apply to hygiene items. If you are in need of hygiene items you will need to contact your counselor.

Sonja Nicklaus,
Assistant Warden of Programs

SSN:TH:nge
cc:    Leslie Haenitsch, Litigation Coordinator
       Jenny Wheat, EFA
       Margaret Thomas, Librarian I
       file

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

4 of 5