Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Michael Johnson** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case Number: 16-1244 |
| | ) | |
| Susan Prentice, Andrea Moss, Kelly Haag | ) | |
| Linda Duckworth, Deidre Marano, | ) | |
| Scott McCormick, Riliwan Ojelade, | ) | |
| Stephen Lanternan, Andrew Tilden, | ) | |
| Travis Devries, Eric Myers, Gerald | ) | |
| Henkel, John Gasper, James Boland | ) | |
| Warren Hadsell, Kimberly Kelly, Terri | ) | |
| Kennedy, Michael Melvin, and Wexford | ) | |
| Health Sources Inc., | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's action against the Defendants is dismissed with each party to bear their own costs.

**Dated: 11/16/2018**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court