# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA FEE NOTICE AND ORDER

December 18, 2018

| No. 18-3535 | MICHAEL JOHNSON,<br>Plaintiff - Appellant<br><br>v.<br><br>SUSAN PRENTICE, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-01244-CSB<br>Central District of Illinois<br>Court Reporter Lisa Cosimini<br>Clerk/Agency Rep Shig Yasunaga<br>District Judge Colin S. Bruce ||

This court's records indicate that on December 18, 2018 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so**. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals, along with a certified copy of your prison trust account statement for the six (6) month period preceding the filing of the notice of appeal, **if you have not already done so**. An original and three (3) copies of that motion, with proof of service on your opponent, is required.

This motion must be supported by a sworn affidavit in the form prescribed by **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/01/2013)*, listing the assets and income of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within fourteen (14) days after service of notice of the action to the district court, or within thirty (30) days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a). In addition, you must provide this court with a brief memorandum explaining why you contend the district court's denial of leave to proceed on appeal in forma pauperis is erroneous. **NOTE:** The document should be titled "**MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**" and must be filed within thirty (30) days of service of the order of the district court.

Further, this appeal is subject to the Prison Litigation Reform Act. Accordingly,
**IT IS ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending the assessment and payment of any necessary fees. See <u>Newlin v. Helman</u>, 123 F.3d 429, 434 (7th Cir. 1997). The court will take no further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not related to appellant's fee status on appeal. Appellee is under no obligation either to file a brief or to respond to any such motion filed by appellant. Any motion not related to appellant's fee status will be deemed denied without further court action.

form name: **c7_PLRA_FeeNoticeSent_AC**(form ID: **226**)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2018 at 11:33 AM CST and filed on 12/18/2018
**Case Name:** Johnson v. Prentice et al **Case Number:** 1:16-cv-01244-CSB **Filer:**
**WARNING: CASE CLOSED on 11/15/2018 Document Number:** No document attached

**Docket Text:**
**TEXT ORDER entered by Judge Colin Stirling Bruce on 12/18/2018. Plaintiff filed two motions for leave to appeal in forma pauperis [115][118]. Title 28 U.S.C. section 1915(a)(3) provides that "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." Id. An appeal taken in "good faith" is not about the movant's sincerity or motivation. A good faith appeal is an appeal that "a reasonable person could suppose... has some merit." Walker v. OBrien, 216 F.3d 626, 632 (7th Cir. 2000). Plaintiff identifies the same issues he identified in his underlying lawsuit and appears to allege facts he did not argue at the summary judgment stage. Plaintiff does not provide any legal argument in support of his contention that the Court erred in granting summary judgment in favor of the Defendants. Thus, the Court does not see an arguable good faith basis for appeal. The Court certifies pursuant to 28 U.S.C. section 1915(a)(3) that Plaintiff's petition to appeal in forma pauperis is not in good faith, and the motions [115][118] are DENIED. (KB, ilcd)**

**1:16-cv-01244-CSB Notice has been electronically mailed to:**

Daniel Stephen Fornoff     **dfornoff@cassiday.com**, **msams@cassiday.com**, **spressler@cassiday.com**

Douglass R Bitner     **dbitner@cassiday.com**, **msams@cassiday.com**, **spressler@cassiday.com**

Michael M Powell     **mpowell@atg.state.il.us**, **genlawdocketing@atg.state.il.us**, **grodriguez@atg.state.il.us**

**1:16-cv-01244-CSB Notice has been delivered by other means to:**

Michael Johnson
R63104
JOLIET TREATMENT CENTER
2848 West McDonough Street
Joliet, IL 60436