# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

February 4, 2019

Before

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 18-3535 | MICHAEL JOHNSON,<br>Plaintiff - Appellant<br><br>v.<br><br>SUSAN PRENTICE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-01244-CSB<br>Central District of Illinois<br>District Judge Colin S. Bruce | |

The following is before the Court:

1. **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS,** filed on January 2, 2019, by the appellant.

2. **MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**, filed on January 2, 2019, by the appellant.

Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on

No. 18-3535 Page 2

appeal, this court has determined that the district court erred in its bad-faith determination. Appellant may be able to raise a non-frivolous argument that the district court erred in entering summary judgment for the defendants.

Accordingly, **IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **GRANTED**. In light of the notice that the district court has received the appellant's filing fee, there is no need for the court to assess an initial partial filing fee.

form name: **c7_Order_3J**(form ID: **177**)